IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-0452

TERRA MAR FINANCIAL CORP.,

     Appellant,

v.

FEDERAL NATIONAL MORTGAGE ASSOCIATION,

     Appellee.

_____/

Opinion filed April 21, 2016.

An appeal from the Circuit Court for Clay County.
William A. Wilkes, Judge.

Lesley McKinney of the Law Office of David M. Goldman, PLLC, Jacksonville and Alisa D. Wilkes of Wilkes & Mee, PLLC, Jacksonville, for Appellant.

Daniel C. Consuegra, Susan B. Morrison, and Lauren E. Wages of the Law Office of Daniel C. Consuegra, P.L., Tampa, for Appellee Citimortgage, Inc.; Mary P. Stella and Daniel S. Stein of Popkin & Rosaler, P.A., Deerfield Beach, for Appellee Federal National Mortgage Association.

PER CURIAM.

     AFFIRMED.

ROBERTS, C.J., SWANSON, and KELSEY, JJ., CONCUR.